## AFFIDAVIT

I, Carlos R. Lopez, Homeland Security Investigations Task Force Officer, do hereby depose and state:

### I. BACKGROUND

I am a Task Force Officer (TFO) with Homeland Security Investigations (HSI) and have been for approximately thirteen years. Your Affiant is, therefore, an officer of the United States who is empowered to conduct investigations of, and to make arrest for, the offenses enumerated in Title 19, *United States Code,* Section 1401(i) and is authorized to enforce all Customs and related laws, conduct searches, make seizures and arrests, and perform other law enforcement duties authorized by law. Your affiant is currently assigned to the Homeland Security Investigations Office in Ponce, Puerto Rico and is conducting investigations of organized crime, money laundering, narcotics, child exploitation, firearms, and any other federal violations. Before being employed by Homeland Security Investigations, your affiant served as a criminal investigator for the Puerto Rico Police Department San Juan Intelligence Division, for approximately 6 years. Before this, your affiant served as a Municipal Police Officer in Ponce, Puerto Rico, for approximately 6 years.

I have drafted this Affidavit for the limited purpose of establishing probable cause for the violations listed on the attached Criminal Complaint and therefore have not included all the facts of this investigation. Based upon my personal knowledge and information furnished to me by other state law enforcement officers, I am fully aware and allege the following facts to the true and correct.

Based on the facts below, I believe there is probable cause that **Roberto**

RODRIGUEZ-CALDERIN, has committed violations of **Title 18, United States Code, Section 922(g)(1) and 922(o) Felon in Possession of a firearm and ammunition and possession of a machinegun.**

II. **PROBABLE CAUSE**

On January 8, 2026, at 6:38 am, the Puerto Rico Police Department, Narcotics Division in Yauco, Puerto Rico, received information regarding a shooting that occurred near Padre Nazario Public Housing Project PHP, in Guayanilla Puerto Rico. Agents assigned to Guayanilla Police station request support via radio communication. PRPD Narcotics Yauco Agents responded to the scene finding there an abandoned vehicle described as a 2004 Ford Explorer, Grey in Color bearing license plate KJU-739, with the driver's door open, broken windows, flat tires and multiple shot impacts.

Subsequently, agents moved from the scene after receiving information that the owner of the vehicle lived with his wife in front of the shooting scene in Padre Nazario PHP Building 6 apartment 46. Agents knocked the apartment's door and a female opened voluntarily. Agents asked the female about the incident and about her partner to verify his condition. She was identified as Dianelys Rodriguez-Sinigaglia and stated that she lives there with Roberto RODRIGUEZ-CALDERIN and her two sons. PRPD agents asked her if she could give them consent to search for the apartment. At 8:23am RODRIGUEZ-Sinigaglia authorized the agents to search the apartment completing and signing a consent to search, PRPD Form PPR-612.1. During the process Roberto RODRIGUEZ-CALDERIN went out from one of the rooms and agents observed him with mud on his feet. Agents asked him if there was something illegal inside the apartment and he answered "yes, there was something illegal inside", pointing to the center closet of the apartment.

PRPD Agent proceeded to verify the apartment and observed a Black Fanny pack Supreme inside the center closet which was open and the bag was at plain view. The Fanny

pack was open, and they observed a black pistol inside. In that moment at 8:30, PRPD Agents read both Danielis RODRIGUEZ-Sinigaglia and Roberto RODRIGUEZ-CALDERIN their Miranda rights which they stated to have understood and proceed to sign. PRPD Agents took pictures of the evidence they found and seized. Inside the Fanny pack agents found one Glock Pistol model 27, .40 caliber, serial number AARM750, modified with a chip additive inside to shot fully automatic, three Glock magazines .40 cal., 22rnds capacity, one Glock magazine 9 rounds capacity and 54 ammunition .40 cal.

During the consented search agents observed over the kitchen counter, a plastic container orange in color, labeled with the name of Roberto RODRIGEZ-CALDERIN, containing marihuana inside. Agents asked RODRIGEZ-CALDERIN about the finding and he stated he has a permit for Medical Marihuana, showing agents the permit.

After the apartment was verified, agents put RODRIGEZ-CALDERIN and Dianelys Rodriguez Sinigaglia under arrest reading them the Miranda rights, getting them signed and transporting both to the Yauco Narcotics Division to continue with the process.

On the same date, Homeland Security Investigations (HSI) Ponce office agents were notified about the arrest of the two individuals. At 12:47pm, HSI Agents proceeded to interview Dianelys RODRIGUEZ-Sinigaglia. Once again, after the Miranda rights were explained to her, RODRIGUEZ-Sinigaglia stated that she was sleeping in the morning and heard some gun shots and woke up. She stated that her husband went out this morning to go to his work, and that he returned running to the apartment. She asked him what happened, and he told her that he was shot by some individuals from a black vehicle outside. RODRIGUEZ-Sinigaglia stated that after the shooting the police arrived at the area. After a few minutes some agents knocked on her door and she opened. RODRIGUEZ-Sinigaglia stated that the police officers asked her about the incident and about her partner to verify his condition. She further stated that PRPD agents asked her if she could give them consent to enter to verify inside to verify his partner. RODRIGUEZ-Sinigaglia authorized the agents

4

to verify the apartment completing and signed a consent to search. She observed all the process and saw when the police officers found a Fanny pack with a pistol inside the closet. RODRIGUEZ-Sinigaglia stated that agent seized a plastic container containing Marihuana that belongs to his partner Roberto RODRIGUEZ-CALDERIN, who has permit and that she does not consume marihuana because of her pregnancy.

At 1:30pm HSI agents read Roberto RODRIGUEZ-CALDERIN the Miranda rights which he stated that he understood and signed them. RODRIGUEZ-CALDERIN stated that he woke up at 6:00am in the morning to go to his work at Aloft Hotel in Ponce. While he was going out the Padre Nazario PHP, he was approached by a black in color vehicle that started shooting at his vehicle. RODRIGUEZ-CALDERIN stated that he became nervous and accelerated his vehicle. The suspects shot and hit his vehicle tires. RODRIGUEZ-CALDERIN stated that the vehicle received multiple shots and that he jumped out of the vehicle. Then he started running back from the main street in front of the PHP and returned to his apartment again, to hide there with his family. RODRIGUEZ-CALDERIN stated that they heard police vehicles coming to the scene. RODRIGUEZ-CALDERIN stated that police officers knocked the door and his wife opened. He stated that the Police officers asked him if he has something illegal inside and he admitted he had something illegal there but did not specify what to officers. He observed the whole process and saw agents seizing the pistol found inside a black Fanny pack inside the closet. He stated that they asked him who the pistol belonged and that he admitted that it belonged to him. RODRIGUEZ-CALDERIN admitted HSI agents that the pistol belongs to him and that he put it high up in the closet because of his children and to protect them from any accident or any damage.

RODRIGUEZ-CALDERIN stated that he bought the Glock pistol, the ammunition and all the magazines found in October 2025, from an unknown male and that he paid $1,800.00 in cash. He stated that he went to some place outside Plaza del Caribe in Ponce, met with the guy and completed the transaction. RODRIGUEZ-CALDERIN stated that he

5

explained all of this to his wife and told her that he was doing it to protect his life. RODRIGUEZ-CALDERIN explained that he was victim of shooting in two different occasions, and one of those was hurt by bullets.

Further investigation by HSI revealed that RODRIGUEZ-Calderin is a convicted felon with a prior criminal record. On December 21, 2022, RODRIGUEZ-Calderin was charged with violations related to a domestic violence and, on September 18, 2023, was sentenced to three years of state probation. RODRIGUEZ-Calderin remains under the aforementioned probation.

Based on my training and experience no Glock pistols ammunition, including the type seized, are manufactured in the Commonwealth of Puerto Rico and therefore, the investigation concluded the firearm and ammunition in this case were transported through interstate or foreign commerce.

I believe that the evidence found during this investigation is consistent to show that there is material evidence present of a commission of a violation of Title 18, United States Code, Section 922(g)(1) Felon in Possession of a firearm and ammunition ~~and 18 United States Code, Section 922(o)P, Possession of a machinegun.~~

CARLOS R LOPEZ SANTIAGO
Digitally signed by CARLOS R LOPEZ SANTIAGO
Date: 2026.01.09 13:24:30 -04'00'

Carlos R. Lopez Santiago
Task Force Officer
Homeland Security Investigations

Sworn pursuant to FRCP 4.1 at _1:54 pm_ by telephone, this 9th day of January, 2026.

Giselle López-Soler
U.S. Magistrate Judge
District of Puerto Rico